1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JOEL GONZALEZ JIMENEZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  6:16-mj-00047-MJS
                                     )
12             Plaintiff,            )  STIPULATION FOR RULE 43 WAIVER OF
                                     )  APPEARANCE AND FOR APPEARANCE BY
13  vs.                              )  VIDEO; ORDER
                                     )
14  JOEL GONZALEZ JIMENEZ,           )
                                     )  Date:  October 11, 2016
15             Defendant.            )  Time: 10:00 a.m.
                                     )  Judge: Hon. Michael J. Seng
16  _____  )

17

18         Pursuant to Federal Rule of Criminal Procedure 43(b)(2),  Joel Jimenez, having been

19  advised of his right to be present at all stages of the proceedings, hereby requests that this Court

20  permit him to waive his right to personally appear for his initial appearance, and be allowed to

21  appear via video conference.  Mr. Jimenez agrees that his interests shall be represented at all

22  times by the presence of his attorney, the Office of the Federal Defender for the Eastern District

23  of California, the same as if he were personally present, and requests that this Court allow his

24  attorney-in-fact to represent his interests at all times.  The government has no objection to this

25  request.

26         Mr. Jimenez is charged with: (1) Driving a vehicle with a suspended or revoked license;

27  (2) Entering a designated entrance fee area without playing the required fees; and (3) Possessing

28  a controlled substance (marijuana).  This is Mr. Jimenez's first request for a waiver of

appearance.

Mr. Jimenez lives in San Jose, California.  He is employed and works construction 40 hours a week.  He makes $12.00 an hour.  As the charges suggest, he cannot drive himself to Yosemite and must rely on others for transportation or pay for public transportation.  It would be a serious hardship for Mr. Jimenez to travel to Yosemite, both because of the cost and because he would miss work.

Accordingly, Mr. Jimenez respectfully requests that the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video conference from the federal courthouse in San Jose, California.

Respectfully submitted,

Date:  August 22, 2016          /s/ Matthew McNease
                                MATTHEW MCNEASE
                                Yosemite Legal Officer
                                Counsel for the Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

Date: August 22, 2016           /s/ Rachelle Barbour
                                RACHELLE BARBOUR

                                Attorney for Defendant
                                JOEL JIMENEZ

## O R D E R

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via video conference at the initial appearance in Case No. 6:16-mj-00047-MJS, is hereby accepted and adopted as the order of this Court.


IT IS SO ORDERED.


Dated:   August 22, 2016          /s/ Michael J. Seng
                                  UNITED STATES MAGISTRATE JUDGE

Jimenez/Request for Rule 43 Waiver of Appearance
and Continuance