HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
DAVID H. HARSHAW III, KY BAR #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-6666/Fax 916-498-6656
david_harshaw@fd.org

Attorneys for Defendant
JOEL GONZALEZ JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-0047 MJS |
| | ) | |
| Plaintiff, | ) | UNOPPOSED REQUEST FOR RULE 43 |
| | ) | WAIVER FOR PLEA AND |
| vs. | ) | SENTENCING; ORDER THEREON |
| | ) | |
| JOEL GONZALEZ JIMENEZ, | ) | |
| | ) | Judge: Hon. Michael J. Seng |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Joel Gonzalez Jimenez, having

been advised of his right to be present at all stages of the proceedings, hereby requests that this

Court permit him to waive his right to waive his appearance for a change of plea proceedings and

sentencing, and that he be allowed to appear via video conference. *The government has no*

*objection to Mr. Gonzalez-Jimenez not being personally present.*   This Court has the discretion

under Rule 43(b)(2) to allow Mr. Gonzalez-Jimenez to appear by video conference for

arraignment and for plea and sentencing.

Mr. Gonzalez-Jimenez is charged by criminal complaint with three offenses.  He is

charged with one count of driving on a suspended license in violation of 36 CFR § 4.2(b)

incorporating CA Vehicle Code § 14601.2(a); one count of not paying a designated entrance fee

in violation of 36 C.F.R. 2.23(b); and one count of possession of a controlled substance in

violation of 36 CFR § 2.35(b)(2).

Mr. Gonzalez-Jimenez lives in San Jose.  He is unemployed.  It would be a financial hardship for him to travel to Yosemite.  He has previously appeared via video for his initial appearance on October 11, 2016.

Accordingly, Mr. Gonzalez-Jimenez respectfully requests the Court grant a waiver of his right and obligation to be personally present for any plea or sentencing.

Dated:  December 2, 2016

HEATHER E. WILLIAMS
Federal Defender

*/s/ DAVID HARSHAW*
DAVID H. HARSHAW III
Assistant Federal Defender

Attorney for Defendant
JOEL GONZALEZ JIMENEZ

I consent to the above.

Dated: _December 18, 2016

  /s/ Joel Gonzalez Jimenez____
JOEL GONZALEZ JIMENEZ
Defendant

**O R D E R**

Good Cause Appearing, the above request for Defendant's waiver of personal appearance and request to appear via video conference at arraignment and any plea and sentencing hearing in Case No. 6:16-mj-00047 MJS is granted by order of the court **on conditions that**: 1) Defendant make necessary arrangements to appear via a secure, Court-approved video conferencing system; and, 2) a fully executed written plea agreement be provided to the Court at least three days before any plea and sentencing hearing.

IT IS SO ORDERED.

Dated:   December 28, 2016            /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28