| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | JOEL JIMENEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 6:16-mj-00047-MJS |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE THE** |
| vs. | ) | **JANUARY 10, 2017 CHANGE OF PLEA** |
| | ) | **HEARING; ORDER** |
| JOEL JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Joel Jimenez, that the change of plea hearing currently scheduled for January 10, 2017, may be moved to January 24, 2017, at 10:00 a.m.

Mr. Jimenez will be out of the country attending to family matters until January 11, 2017. Accordingly, he is unable to appear, by video or otherwise, on January 10, 2017. The parties therefore request that the Court continue the change of plea hearing currently scheduled for January 10, 2017, to January 24, 2017.

//

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 6, 2017        */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 6, 2017        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JOEL JIMENEZ

**O R D E R**

The Court hereby grants the parties' request to continue the change of plea hearing from January 10, 2017, to January 24, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  January 7, 2017         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE