HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOEL JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL JIMENEZ,<br><br>Defendant. | Case No. 6:16-mj-00047-MJS<br><br>**MOTION TO VACATE JANUARY 24, 2018 REVIEW HEARING; ORDER** |

Defendant Joel Jimenez hereby requests that the Court vacate the January 24, 2018 review hearing. The Government is in agreement with the request.

On January 31, 2017, the Court placed Mr. Jimenez on twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged law violation. In addition, Mr. Jimenez was ordered to pay a $600 fine.

Mr. Jimenez has had no new violations of law and has paid the $600 fine. Accordingly, Mr. Jimenez requests that the January 24, 2018 review hearing be vacated.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 16, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JOEL JIMENEZ

## **O R D E R**

Based on the parties' joint representation that Mr. Jimenez is in compliance with the conditions of his probation in case number 6:16-mj-00047-MJS, the Court vacates the review hearing scheduled for January 24, 2018 at 10 a.m.

IT IS SO ORDERED.

Dated: January 16, 2018          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE